Mr. L McElroy
#P71922 KVSP
P.O. Box 6006
Delano, CA 93216

Att. for J w/ woxo

**FILED**
JAN 0 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LATHAHN McELROY
                    PLAINTIFF,
        vs.
DEPT. OF CORRECTIONS
CUSTODIAL HEAD
M. KNOWLES     ET AL.
         DEFENDENTS

**LODGED**
DEC 28 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

CASE NUMBER:
Violation of
Civil Rights Act
Complaint
42 U.S.C. §1983

1: 07 CV 00016 OWW LJO PC

THIS ACTION ARISES UNDER THE U.S. CONSTITUTION AND THE CIVIL RIGHTS ACT PURSUANT TO 42 U.S.C. § 1983 AND THE EIGHTH & FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION. JURISDICTION OF THIS COURT IS INVOKED UNDER 28 U.S.C. §1931, 1341 AND 1343 AND THE AFOREMENTIONED STATUTORY AND CONSTITUTIONAL PROVISIONS.

VENUE IS FOUNDED IN THIS JUDICIAL DISTRICT UPON 28 USC § 1391 AS THE ACTS COMPLAINED OF AROSE IN THIS DISTRICT.

PARTIES

DEFENDENTS, CUSTODIAL HEAD, ADMINISTRATORS CASTRO, M. KNOWLES AND CORRECTIONAL MANAGER/WARDEN ARE/WERE RESPONSIBLE BY LAW ENFORCING THE REGULATIONS OF THE DEPARTMENT OF CORRECTIONS AND OBEY THE LAWS OF STATE AND THE UNITED STATES.

THE HONORABLE JUSTICE OF THE COURT SHOULD TAKE URGENT NOTICE 12-7-06 AND SOON THEREAFTER ORDER PLAINTIFF LEAVE FROM BIAS/DISCRIMINITIVE KVSP CONDITIONS BY MEANS OF REHABILITATION (ACT) SECT. 504 AND BARR FURTHER AFFECT OF DELIBERATE INDIFFERENCE TO HEALTH. FURTHER STATE THE COURT WILL NOT LET ONE OR ANY FAVORABLE ORDER AFFECT THE NEXT AND/OR AN SHOW OF ENFORCEMENT OF SUCH STATUTORY RESPONSIBILITY.



Defendents Are sued in it's individual capacities and official

## General Allegations

At this time Herein mentioned the Plaintiff is A civilian of the U.S. Residing within the County of Kern, State of California imprisoned At Kern Valley State Prison

## Administrative exhaustion

On 12-11-06 this complaint was mailed to Gov. Board of Control on (Plaintiff) November 8, 2006 filed an administrate appeal /Reasonable Accommodate /Accommodations Request Regarding in July 23,02. Modify Program and the aforementions above providin 2 Theraputic meals Such appeal is appennted See exhibits

## Stating Facts

Staff Repeat misconduct Happening Originally November 2, 3, 4, 5 And 6 of 2005 B-4-111 interfered And Prevented any attempt of medical orders and treatment Preventing culinary staff from Delivering Theraputic meals /food items ordered for medical Purpose. Plaintiff did not receive His Regular meals.

Re-occuring February-March/2006 Flour staff Prevented Plaintiff milks or extra milks, said (kitchen officer) were unable 2 Provide Prunes and evently Claimed that ICE BAG CHRONO needed to State KVSP (Albeit the order was from outpatient medical center for following institutions to administer) wholegrain oats Cookies are failed of means (Albeit All intitutions are stacked with 'em) failed to correct As of yet. Defendents continued to discriminate & Abuse Authority - October 26, 2006 failed to regard medical orders/Provisions of Regular meals withholding such needs from (a nourishment needy patient) causing Plaintiff to starve and/or be severely malnurished

2



## Facts cont.

[AGAIN Repeated staff misconduct] Since 10-26-06 Numerous times Plaintiff made medical Requests to No Avail.

<u>10-26-06</u> A 1824 Accommodation Request was filed to KVSP Healthcare Manager for an increase in Nutritional Calories to 2800 also Requested main kitchen cook directed by B3 morn Kitchen officer to update meals

<u>On November 1, 2006</u> Plaintiff filed a medical (1824) Appeal second level / November 8, 2006 med. Appeal filed for specific recovery of this medical Necessity and/or the Recommended transfer to Supportive Housing which adequately avails Plaintiffs (simple) Administerial Provisions. Nov. 7, 2006 the (A) Custodial head, CMO, FBB Captain & Lieutenant was re-awared of each chrono and misconduct prior to, this <u>on September 28, 2006</u> The Department of Justice issued memorandum Per. Stipulation for injunctive relief / an update for all chronos and medication involving the medical treatment regarding L McElroy # P-71922 health & livelihood. Including inhalers - Atrovent & ARB. Requested 10 / 2005 which the CDCR failed the Knowledge to refill or renew inhalers over 11 months until September 27, 2006. Such lapse of time without respiratory therapy caused Loss of Conscience, Airway constriction, irregular breathing, inability to continued exercise and chest-Neck tightening, choking feeling and flam.

The current floor staff B-3 unit evening watch staff Knocked on cell # 113 unit B-3 w/ Kitchen supervisor claiming "they're refusing the medical Purpose within Plaintiff's comprehensive chrono Section C Other of the New said to be updated Chrono (2) (Ex.H) Even though the original chrono was still in effect on Oct. 26, 2006 and was updated to continue on 11-4-06 therefore left to the defendents is No Palpable reason for food / meal therapies to be witheld



## Continued Facts.

The Appeals Coordinator claims that needs are being addressed (same exact words in Oct./2005 when an inhalant was not administered over ELEVEN MONTHS to an Asthma Patient.)

Albeit Plaintiff has not received adequate theraputic meals nor his regular meals (title 15 § 3050) over 48 days/nights (counting todays date 12-14-06)

Since 7/19/05 Plaintiff exhausted admin. remedies for therapies leg brace multivitamins and adequate caloric nutrition which were eventually or re-ordered for a total other purpose or injury. The need of Ensure was immediate and imperative to the date of 7/19/05 (c. 41lbs weight dropped rapidly caused by Atrophy smalling leg and losses of appetite loss of nourishment to muscles serviced by sciatica) Being without nutritional gains [over eleven months] use of supplement until September 25, 2006 caused further weight losses, inability to have bowel movements re-occured, "An 11 month injury, paining, without theraputic health & livelihood support needs". Staff corroborated this fact with intentional starvation that re-occured a 20lbs loss rapidly and malnurishment.

The Defendents all failed the alternative to provide these needs adequately elsewhere / it is available, refused to update the theraputic meals have still failed to transport plaintiff to an updated facility / Med. services Per. Vehicle W/Lift. Such CDCR failures corroborated Gross Negligence into malpractice. Such adequate medical services are witheld from a mental / physical incapacitated patient ADA / RA handicap person while at KVSP CDCR- Kern Valley State Prison.

4



## First Cause of Action
### Deliberate Indifference to Serious/Immediate Medical Needs

Plaintiff/Patient is verified Perminent Handicap Mobility impaired. The defents/CDCR KVSP demonstrated deliberate indifference apoun serious and immediate medical needs and interfered with purposeful medical treatment when knowing non-medical staff must follow the printed/written chronological instructions - reason being - the Physician has the medical knowledge to diagnose. And none-other staff member whom are not concerned. The defendents have had since October 12, 2005 to figure out the Presciption/Prescribed orders which are unavailable at KVSP, but at their Quote that KVSP is not a correct placement for Patient. KVSP also failed the Recommendations for a medical transfer - Availability needs at San Luis Obispo facility/colony Dr. Metcalf 1/12/2006 and again after evaluation by Physician Merville on May 17, 2006 Recommendation at San Luis Obispo institution is ordered. The defendents Retained all such Knowledge in medical records well before Plaintiff knew of the dates of medical orders.

Ultimately the defendents know and had the duty too that transfer is made purposeful due to scheduled improvements made 2005 opting effective supportive housing an availability of such "Medical Necessity" at San Luis Obispo institution. (As to Kern Valley Delano# KVSP is not scheduled to begin improvements for atleast a year) while I have need of promptness in my palliative and curative treat-ments. For purpose of Plaintiff. Adequate receipt of recoveries facilitated there. The Plaintiffs treatment, Psychological/Physical Nutrients, Housing/Placement needs, therapies & prescriptions are all imperatively set forth on comprehensive Chrono/memorandums (A/G) and documented/med. file.



## First Cause of Action cont.

BY the defendents denying intermittant user/support services mobility impaired patients, medical necessities and/or Med. Trans.-Portation to provide such availability to receive medical treatments of (simple) prescriptions / medical orders is a clear and present violation of the Eighth Amendment.

Defendents know that Plaintiff's medical orders cause no breach or additional burden of unavailability on their department, reason-being all theraputic meals are already served on the daily menu (Per. Adjustment) and/or can easily be provided by the main kitchen directly delivered as especial theraputic meals (sanitarily saran-wrapped including bag-able items... Albeit no alternatives were given or met by defendents. The defendents intentionally and deliberately refused Plaintiff access / transportation to clinical treatments and/or any corrections to required treatments. ② Such forced /wrongfully cause patient to endure the secondary injury of the Prolonged needs) of medical/prescriptions and purposeful theraputic treatments. As a result of the defendents acts and omissions Plaintiff has become of emotional wreckage, unbearable hardship, disconbobulation, inability to think / distorted, malnurishment, frailness - worsened of the lower extremities, constant digestive/intestinal discomfort, bowel disfunction pain and swelling, solidified and/or severe constipation for (4) four days and counting - A lots of stress & trauma re-lived, the pain of stigma - starvation, nasea, de-hydration, migrains and the injury of bias staff stripping and/or witholding /"overlooking" patients medical necessity(s) properties [as a measure] failing to provide 100% juice, fruits and/or any thing to or all to do/ having to do with nutritional caloric needs.

6



## CAUSE of ACTION cont.

Of these described Acts and Omissions the defendents have re-injured Plaintiff with conscience humiliation; great mental and emotion pain. Plaintiff evokes General Damages for such mental distress and aggravation.

The herein official misconduct(s) on the part of the defendents were a willfull disregard to Plaintiffs statutory/constitutional rights, were a malicious, oppressive, vexatious, deliberate an done with reckless indifference to-and/or-callous disregard for Plainiffs rights. AND such now justifies an award of Exemplary and Punitive Damages. [Recoveries must meet or exceed applicable standards] In committing such acts/omissions herein/above the defendents violated Plaintiffs state and federally protected Right; THE EIGHTH AND FOURTEENTH AMENDMENTS. Being Deliberate indifference to Plaintiffs serious and immediate medical needs.

Plaintiff continuously seeks specific Recovery and compensatory recoveries in the Provisions of adequate Nutrition and multivitamins; nutritionalist counselor; daily bagged/crushed ice and/or Ice Tub/Bath; EXTRA whole-grain oatmeal cookies/oats products; variations of fruit/juice(s) 100% 24oz Milk/EXTRA Milk (which is normal stuff callin for elaboration); ATROVENT & ARbuterol inhalers, Yearly updates.

Compensatory relief and Recovery in continuous Canteen/Commissary And Special Purchase Package Items, Pouch-NON-tamper items need to be accessibly available via canteen and Package(s) to brace against any further future indifference/deprivations of meals... Such is A Prevention Plan to recover nutritional losses/GAPs fullfilled - and to maintain health standards monthly and as necessary.

12-7-06

Lathahn McElroy



LATHAHN MCELROY
#P-71922
KVSP P.O.Box 6000 - S12
DeLANO, CA 93216

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of CALIFORNIA

CASE NUMBER:

LATHAHN MCELROY,
             PLAINTIFF,

vs.

DEPT. of CORRECTIONS;
CUSTODIAL HEAD; M.KNOWLES
ET.AL.       DEFENDENTS.

PLAINTIFFS NOTICE of MOTION
FOR LEAVE to FILE COMPLAINT
POINTS AND AUTHORITIES IN
SUPPORT THERE of DECLARATION

SUED IN OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY

PLAINTIFF (A MEDICALLY INCAPACITATED PATIENT) LATHAHN MCELROY PROCEEDING IN PRO SE IN THE ABOVE-ENTITLED ACTION PLEASE TAKE NOTICE THAT ON 12-16-06 thru JANUARY 1,2006 AT 10:AM OR AS SOON THEREAFTER AS THIS LEGAL AFFAIR MAY BE HEARD IN THIS COURT. PLAINTIFF MOVES THIS COURT for LEAVE TO FILE COMPLAINT. A COPY of the (PROPOSED) COMPLAINT IS BEING LODGED WITH THE COURT CONCURRENTLY WITH THE FILING OF THIS MOTION.

THIS MOTION IS BASED ON THE ATTACHED MEMORANDUM of POINTS AND AUTHORITIES AND DECLARATION of LATHAHN MCELROY FILED CONCURRENTLY HEREWITH. THE FILES, PLEADINGS, PAPERS IN THIS ACTION AND WHATEVER ARGUMENT IS PRESENTED AT THE HEARING ON THIS MOTION.



## MEMORANDUM OF POINTS & AUTHORITIES

PLAINTIFF HEREBY SEEKS LEAVE OF COURT to file COMPLAINT IN the ABOVE-ENTITLED CAPTION PERSUANT to F.R.C.V.P. 15(a). LEAVE to file is JUST AND APPROPRIATE AT THIS TIME OF ADDITIONAL CONSTITUTIONAL VIOLATIONS to SUPPORT HIS COMPLAINT. FURTHER MORE the DEFENDENTS WILL NOT be Prejudiced since Pre-trial conference AND TRIAL DATES ARE NOT YET SET IN THIS CASE.

PLAINTIFF SHOULD BE GRANTED Leave to file ADDITIONAL CONSTITUTIONAL CLAIMS.

## CONCLUSION

Therefore, Plaintiff Requests THIS HONORABLE COURT GRANT HIM LEAVE to file AN ORIGINAL/AMENDED COMPLAINT IN THIS LEGAL AFFAIR AND ORDER the (PROPOSED) action LODGE CONCURRENTLY Herewith Be Deemed filed.

DATED  12-4-06

L. McElroy

## PROOF OF SERVICE BY MAIL

I, __L McElroy__, declare,

That I am over 18 years of age, and a party to the attached herein cause of action, that I reside at __Kern__ in the county of __Delano__ California. My mailing address is;

__P.O. Box 5102 Delano, CA 93216__

On __12-22-__, 20__06__, I delivered to prison officials for mailing, at the above address, the attached; __Civil Rights Complaint §42 U.S.C. 1983__

In sealed envelope(s) with postage fully prepaid, addressed to;

(1) __Clerk of Court__  (2) _____
__United States District Court__
__Eastern District of Cali__
__1130 O Street 5th Fl__
__Fresno, CA 93721__

(3) _____  (4) _____

I declare under penalty of perjury that the foregoing is true and correct. Executed this __22__ day of __Dec__, 20__06__, at __L. M__ California.

__L McElroy__
IN PRO PER

SEMINOLE FORM 3006